| | |
|---|---|
| Statement Date: | 01/04/19 |
| ID Number: | 6186 |
| Original Creditor: | LENDINGCLUB CORP. ASSIGNEE OF WEBBANK |
| Current Creditor: | VELOCITY INVESTMENTS LLC |
| Account Number: | XXXXXXXXXXXX3266 |
| Balance: | $7,306.86 |



**AssetRecovery SOLUTIONS, LLC**

**877-518-8333**

Robin Loveless

We have attempted to contact you regarding your defaulted loan(s) and discuss the opportunities that are available to you to resolve your account. To date, you have failed to establish acceptable repayment arrangements on this outstanding obligation.

At this time, we wish to notify you that your creditor is preparing to refer your account to a law firm to review their ability to successfully recover your unpaid balance through litigation.

If you contact our office and establish a satisfactory resolution your creditor will not refer your account to JAVITCH BLOCK LLC, or an associated law firm in your state, for review at this time.

Sincerely,

Asset Recovery Solutions, LLC
877-518-8333, Ext. 572

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.

---

**Asset Recovery Solutions, LLC Contacts**

| **Hours of Operation:** | **Send Mail To:** | **Find us Online at:** |
|---|---|---|
| Monday thru Thursday - 8am - 8pm Central | Asset Recovery Solutions, LLC | www.assetrecoverysolutions.com |
| Friday - 8am - 4:30pm Central | 2200 E. Devon Ave Ste 200 | |
| Saturday - 8am - 12:00pm Central | Des Plaines, IL 60018-4501 | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - Detach and Return with Payment - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2200 E. Devon Ave Ste 200
Des Plaines, IL 60018-4501

**IF PAYING BY CREDIT CARD, FILL OUT BELOW.**

☐ VISA    ☐ MasterCard

CARD NUMBER

SIGNATURE                                   EXP. DATE

| **ID NUMBER** | **PAY THIS AMOUNT** | **AMOUNT PAID** |
|---|---|---|
| 6186 | $7,306.86 | $ |

| **ACCOUNT NUMBER** | **CURRENT CREDITOR** |
|---|---|
| XXXXXXXXXXXX3266 | VELOCITY INVESTMENTS LLC |



Robin Loveless



25926

**EXHIBIT A**

**Please send payments and correspondence to:**



Asset Recovery Solutions, LLC
2200 E. Devon Ave Ste 200
Des Plaines, IL 60018-4501
877-518-8333, Ext. 572

44
694154340301