UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Robin Loveless,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.:1:19-cv-909-TWP-MJD |
| | ) |
| **Velocity Investments, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Plaintiff's Motion to Dismiss with Prejudice filed by the Plaintiff in this cause, this cause is hereby dismissed with prejudice, and each party shall bear its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

_____                 _____
Date                                                                  Judge
                                                                            United States District Court
                                                                            Southern District of Indiana


**ECF notification:**

Copies to electronically registered counsel of record.